IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02921-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,,

    Plaintiff,

v.

DOES 1-26,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 17, 2014 (ECF No. 31), it is

ORDERED that Doe # 7 and Doe # 14 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 21, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge