IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02921-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,,

    Plaintiff,

v.

DOES 1-6, 8-13, 15-24, 26,

    Defendants.

---

**ORDER**

---

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 14, 2014 (ECF No. 39), it is

ORDERED that Doe # 17 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 17, 2014

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge