**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02921

Lynn Peak Productions, Inc.,
a Canadian Corporation,

       Plaintiff,
vs.

John Doe 1, et.al.,

       Defendants.

---

**NOTICE OF DISMISSAL OF CASE**

---

       Now comes Lynn Peak Productions, Inc., (Lynn Peak or Plaintiff) before the Court.

       Pursuant to this Court's previous Order, the Plaintiff has pursued pretrial discovery by seeking to determine, via subpoena of the Defendant Does' ISPs providers, the identity of each Doe Defendant. The Plaintiff has sent correspondence to individuals it has been able to identify via subpoenaed records to determine the culpability of each of the Doe Defendant. After review of the subpoenaed records and responses to Plaintiff's correspondence, Plaintiff has determined it will dismiss this case against the Doe Defendants pursuant to F.R.C.P. 41(a)(1)(A)(i) as none of the Defendants have filed an Answer or Motion for Summary Judgment in this Matter. Should Plaintiff elect to pursue this action against the identified Doe Defendants, it will pursue such action in separate litigation and name each Doe Defendant individually.

Therefore, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Doe # 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19, 20, 21, 22, 23, 24 and 26, pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

Respectfully submitted this 26th day of March, 2014.

                         BROWN & KANNADY, LLC

                         */s/ Scott T. Kannady*
                         Scott T. Kannady, No. 29995
                         David J. Meretta, No. 44409
                         BROWN & KANNADY, LLC
                         2000 South Colorado Blvd., Suite 2-610
                         Denver, CO 80222
                         Phone:  (303) 757-3800
                         Fax:  (303) 757-3815
                         E-mail: scott@brownlegal.com
                         E-mail: dmeretta@gmail.com

                         ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Maegan M. Stevens*
Maegan M. Stevens
Original Signature on File