IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02921-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,,

      Plaintiff,

v.

DOES 1-6, 8-13, 15-16, 18-24, 26,

      Defendants.

---

## ORDER OF DISMISSAL

---

      In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i) on March 26, 2014 (ECF No. 41), it is

      ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** as to all

remaining John Doe Defendants.

      Dated:  April 1, 2014

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge